```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18311
   RICHARD E CALLOWAY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-2794


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/05/07 .

   2.  The case was dismissed without confirmation, 11/30/2007.

------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
WILSHIRE CREDIT CORP     CURRENT MORTG          .00          .00          .00
AMERICAN HONDA FINANCE C SECURED VEHIC          .00          .00          .00
GSAC                     UNSECURED        NOT FILED          .00          .00
SILVERSAND PHOTOGRAPHY   UNSECURED        NOT FILED          .00          .00
AT&T MOBILITY LLC        UNSECURED        NOT FILED          .00          .00
CHARTER ONE BANK         UNSECURED        NOT FILED          .00          .00
HARRIS & HARRIS LTD      UNSECURED        NOT FILED          .00          .00
MARLENE ADAMS DDS        UNSECURED        NOT FILED          .00          .00
ADVENTIST HINSDALE HOSPI UNSECURED        NOT FILED          .00          .00
EDWARD HOSPITAL          UNSECURED        NOT FILED          .00          .00
NCO FINANCIAL SYSTEMS    UNSECURED        NOT FILED          .00          .00
NICOR GAS                UNSECURED        NOT FILED          .00          .00
PLAINS COMMERCE BANK     UNSECURED        NOT FILED          .00          .00
QUINLAN & FABISH         UNSECURED        NOT FILED          .00          .00
SPRINT NEXTEL            UNSECURED        NOT FILED          .00          .00
TCF BANK                 UNSECURED        NOT FILED          .00          .00
US DEPT OF EDUCATION     UNSECURED        NOT FILED          .00          .00
UNITED CONSUMER FINANCIA UNSECURED        NOT FILED          .00          .00
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00          .00         .00           .00
PRINCIPAL PAID        .00         .00          .00         .00           .00
INTEREST PAID         .00         .00          .00         .00           .00
TOTAL PAID            .00         .00          .00         .00           .00
The Debtor's attorney, HELLER & RICHMOND            , was allowed $      .00
and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 02/12/08
/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 18311 RICHARD E CALLOWAY